**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| EAN LAVAR JOHNSON | CIVIL ACTION NO. 04-2511-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN TIMOTHY WILKINSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, specifically noting the United States Court of Appeals decision <u>Foy v. Donnelly</u>, 959 F.2d 1307, 1314 n, 9 (5th Cir. 1992), and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that (A) Petitioner's errors patent claim is dismissed without prejudice and (B) all other claims are rejected on the merits and dismissed with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, the 9th day of November, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE